```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


. . . . . . . . . . . . . . .
                              .
MORE CHAMPS,INC.              .
                              .
Plaintiff,                    .
                              .     Civil Action No. 12-11766-DPW
     v.                       .
                              .
JIREH, INC.,                  .
STEVEN CHAMPA and             .
MICKEY A. MOORES              .
                              .
Defendants.                   .
. . . . . . . . . . . . . . .
```

**STIPULATION OF DISMISSAL [FRCP 41(a)(ii)]**

Now come the parties herein and, pursuant to FRCP 41(a)(ii), dismiss the within lawsuit, without prejudice, without costs and with a waiver of all rights of appeal.

```
                    Plaintiff More Champs, Inc.
                    By its attorney

                     /s/Joseph H. Reinhardt
                    _____
                    Joseph H. Reinhardt, J.D.
                    (BBO # 416090)
                    Attorney at Law
                    P.O. Box 6278
                    Boston, MA 02114-9998
                    (413) 245-9364
                    Fax: (413) 245-9369
                    Email: jhreinhardtjd@cox.net
```

Page -1-

>The Defendants
>By their attorney
>
>/s/ J. Daniel Marr
>
>———————————————
>J. Daniel Marr
>(BBO #632592)
>Hamblett & Kerrigan, P.A.
>146 Main Street
>Nashua, NH 03060
>603-883-5501
>Fax: 603-880-0458
>Email: dmarr@hamker.com

*Electronic signature affixed with permission.*

### Certificate of Service

I hereby certify that I have caused to be served, by electronic transmission a copy of the within stipulation upon the counsel of record to the defendants - J. Daniel Marr, Hamblett & Kerrigan, P.A., 146 Main Street, Nashua, NH 03060 - all this 23rd day of October, 2012.

>/s/Joseph H. Reinhardt
>
>———————————————
>Joseph H. Reinhardt, J.D.